# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **ANGELA LEWIS,** | : | |
| **Claimant** | : | |
| v. | : | 5:04-CV-434 (WDO) |
| **JO ANNE BARNHART,** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY,** | : | |
| **Defendant** | : | |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to remand this case, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.  The denial of benefits decision is REVERSED AND REMANDED for the reasons set forth more fully in the Recommendation.

**SO ORDERED** this 25th day of January, 2006.


    S/
    WILBUR D. OWENS, JR.
    UNITED STATES DISTRICT JUDGE